Heberton Estate.

Argued January 9, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

568

*Edward S. Lower,* Special Deputy Attorney General, with him *George W. Keitel,* Deputy Attorney General, and *James H. Duff,* Attorney General, for appellant.

*Pierce Archer, Jr.,* for appellee.

PER CURIAM, March 19, 1945:

All we would add to the able and comprehensive opinion of Judge KLEIN, for the learned court en banc, is that there is no question of estoppel in the case. The act of the Commonwealth in accepting payment of tax in 1929 did not estop it from collecting a further tax if such tax became legally due.

Decree affirmed on the opinion of Judge KLEIN.